AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Alaska

RECEIVED
APR 28 2022
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

| United States of America | ) |
| v. | ) |
| | ) Case No. 3:22-cr-00040-MMS |
| VALERIY V. GORBOUNOV | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | Federal Building – U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | Courtroom No.: 5 |
| | | Date and Time: May 18, 2022 at 11:15 AM |

This offense is briefly described as follows:
18:371 WILDLIFE TRAFFICKING CONSPIRACY- Count 1
16:3372(a)(1) and 3373(d)(2) WILDLIFE TRAFFICKING Counts 2-4

Date: April 22, 2022          by  *s/Brenda Kappler*
                                  Signature of Issuing Officer
                                  Brian D. Karth, Clerk of Court
                                  Name and title of Issuing Officer

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons          ☐ Returned this summons unexecuted

Date: 4/27/22

_____
Server's signature

Lauren Ware, SA 0846, USFWS/OLE
Printed name and title

Case 3:22-cr-00040-SLG-MMS    Document 3    Filed 04/28/22    Page 1 of 1