Steven M. Wells
Steven M. Wells, P.C.
431 W. 7th Ave.
Ste. 107
Anchorage, AK  99501
(907)279-3557
(907)279-3558 fax
steve@alaskalegaldefense.com

Attorney for Defendant

# United States District Court
## District of Alaska

| | |
|---|---|
| **United States of America,**  Plaintiff,  v.  **Valeriy Gorbounov,**  Defendant. | Case No. 3:22-cr-0040-MMS  Notice of Attorney Appearance |

    Steve Wells, of Steven M. Wells, P.C., files this Entry of Appearance as counsel for Mr. Valeriy Gorbounov in this matter.

DATED this 12th day of May, 2022, at Anchorage, Alaska.

                                Steven M. Wells, PC
                                Attorneys for Defendant

By:   /s/ Steven M. Wells
        Steven M. Wells
        ABA #0010066

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served **electronically** this 12th day of May, 2022 on:

All Parties of Record

/s/ Steven M. Wells .
Steven M. Wells, PC

*United States v. Valeriy Gorbounov*
Case No. 3:22-cr-0040-MMS
Notice of Attorney Appearance
Page 2 of 2