**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA v. VALERIY V. GORBOUNOV

THE HONORABLE MATTHEW M. SCOBLE

| | |
|---|---|
| Deputy Clerk<br>Lisa M. Hawk | CASE NO. 3:22-cr-00040-JMK-MMS |

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: July 27, 2022

In a text order at docket 11, defendant Gorbounov was ordered to file a "Consent to Proceed Before the U.S. Magistrate Judge in a Misdemeanor Case" by the close of business on 6/27/22. No consent having been filed, this case is assigned to United States District Court Judge Joshua M. Kindred for trial. Please use the following case number on all future filings: 3:22-cr-00040-JMK-MMS.