IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA

               Plaintiff,

    vs.

VALERIY V. GORBOUNOV,

              Defendant.

Case No. 3:22-cr-00040-JMK

## ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 17. Pursuant to Rules 11 and 59 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew M. Scoble by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the Magistrate Judge at which Mr. Gorbounov entered a guilty plea to Count 1 of the Misdemeanor Information, which is a violation of 18 U.S.C. § 371, Wildlife Trafficking Conspiracy.

Judge Scoble issued a Final Report and Recommendation at Docket 24, in which he recommended that the District Court accept Defendant's plea of guilty to Count 1

of the Misdemeanor Information.  No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1).  The Court has reviewed the Final Report and Recommendation and adopts it.  Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 1 of the Misdemeanor Information, Wildlife Trafficking Conspiracy.  Defendant is adjudged GUILTY of Count 1.

The Imposition of Sentence hearing in this matter is confirmed for February 21, 2023, at 1:00 p.m. in Anchorage Courtroom 3.

DATED this 28th day of December, 2022 at Anchorage, Alaska.


_/s/ Joshua M. Kindred_
JOSHUA M. KINDRED
United States District Judge