# UNITED STATES DISTRICT COURT
for the
District of Alaska

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case Number: 3:22-CR-00040-001-SLG |
| vs. | ) | |
| | ) | ORDER ON TERMINATION OF |
| VALERIY V. GORBOUNOV | ) | UNSUPERVISED PROBATION |

Based on the *Report and Order Terminating Unsupervised Probation* filed on April 21, 2025, regarding the above-named defendant, **IT IS HEREBY ORDERED that**:

[x] The defendant is discharged from Unsupervised Probation and the proceedings in this case are terminated.

[ ] The defendant is discharged from Unsupervised Probation.

[ ] U.S. Attorney's office to file a status report on restitution payment on or before _____.

[ ] Other: _____

Dated this 24th day of April 2025.

                                                                                   */s/Sharon L. Gleason*
                                                                                   Honorable Sharon L. Gleason
                                                                                  Chief United States District Judge